UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

IN THE MATTER OF:

SCOTT A. FISHER                                   CASE NUMBER: 11-31917
KA-RYN M. FISHER                                  CHAPTER 13
Debtors

TRUSTEE'S MOTION TO DISMISS

COMES NOW, Debra L. Miller, Trustee, by Counsel, and for her Motion to Dismiss, states:

1. Debtors filed for Chapter 13 relief on May 13, 2011. Debtors' plan has not been confirmed.

2. At Debtors' 341 hearing on June 8, 2011, the Trustee requested that the Debtors provide her with an affidavit indicating how their 2010 tax refund was spent and monthly operating reports for the month of May 2011.

3. On July 21, 2011, the Trustee filed her objection to confirmation. The Trustee again requested that the Debtors provide her with the above information as it had not been received yet. The Trustee also requested monthly operating reports for the month of June 2011.

4. To date, none of this information has been provided.

5. In failing to provide the requested information, the Debtors have failed to comply with their duties as established under 11 U.S.C. §521(a)(3).

WHEREFORE, for the reasons stated above, Trustee requests the Court dismiss this case pursuant to 11 U.S.C. §§ 521(a)(3) and 1307(c), without prejudice, as Debtors have failed to

provide the requested information and this failure of Debtors to fulfill their duties has delayed the confirmation of Debtors' case.

Dated: July 28, 2011                                    Respectfully Submitted,

                                                        /s/ Sarah E. Willms
                                                        Sarah E. Willms, Staff Attorney for
                                                        Debra L. Miller, Chapter 13 Trustee
                                                        P.O. Box 11550
                                                        South Bend, IN 46634
                                                        (574) 251-1493

CERTIFICATE OF SERVICE

I hereby certify that a copy of this motion was served as follows on July 28, 2011

By U.S. Mail postage prepaid:
Debtors: Scott and Ka-ryn Fisher, 523 E. 17th Street, Mishawaka, IN 46544

By electronic mail via CM/ECF:
Debtors' Attorney: Jill M. Heiliger
U.S. Trustee at ustregion10.so.efc@usdoj.gov

                                                        /s/ Sarah E. Willms