## UNITED STATES BANKRUPTCY COURT
### Northern District of Indiana
### South Bend Division

| | |
|---|---|
| In Re: Debtor(s) (name(s) and address)<br>Scott A Fisher<br>xxx–xx–0329<br>523 E 17th St<br>Mishawaka, IN 46544<br><br>Ka–ryn M Fisher<br>xxx–xx–3909<br>523 E 17th St<br>Mishawaka, IN 46544 | )<br>)<br>)<br>) Case Number: 11–31917–hcd<br>)<br>)<br>)<br>)<br>)<br>) Chapter: 13<br>)<br>)<br>)<br>)<br>)<br>) |

## **ORDER**

   At South Bend, Indiana on July 29, 2011 .

   The Trustee's Motion To Dismiss filed on July 28, 2011 , by Debra L. Miller may be granted, without a hearing, in the absence of any objection following 21 days' notice to creditors . Movant shall be responsible for serving notice of the application and the opportunity to object thereto, in accordance with N.D. Ind. L.B.R. B–2002–2(e), upon all creditors and making due proof thereof.

   SO ORDERED.

 

Harry C. Dees, Jr.
_____
Judge, United States Bankruptcy Court

Document No. 24 – 23